IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. DNCW 3:01CR161-01 |
| ) | (Financial Litigation Unit) |
| JODY EUGENE JORDAN, ) | |
|       Defendant, ) | |
| and ) | |
| ) | |
| C.H. ROBINSON WORLDWIDE, INC., ) | |
| ) | |
|       Garnishee. ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to C.H. Robinson Worldwide, Inc., filed in this case on April 7, 2010, against the defendant Jody E. Jordan is **DISMISSED**.

Signed: August 10, 2010

David C. Keesler
United States Magistrate Judge